# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2023

## NO. 03-21-00310-CV

**Timothy Daniel Caballero, Appellant**

**v.**

**Caroline Ann Bonneville, Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
## DISMISSED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on June 3, 2021. Having reviewed the record, the Court holds that the record does not show a basis on which this Court can exercise jurisdiction, and that Timothy Daniel Caballero did not comply with a notice from the Clerk of this Court to file a letter explaining the basis for this Court's jurisdiction. Further, he has not prosecuted this appeal by filing any documents, including a brief, after the clerk's record was filed in September 2021. Therefore, the Court dismisses the appeal for want of jurisdiction, failure to respond to a notice from the clerk requiring a response within a specified time, and want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.